# UNITED STATES DISTRICT COURT

for the

DISTRICT OF DELAWARE

ECLIPSE IP LLC

*Plaintiff*

v.

CAFEPRESS INC.

*Defendant*

Civil Action No. 13-1711

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CafePress Inc.
c/o Registered Agent, Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Richard W. Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/17/2013

*Signature of Clerk or Deputy Clerk*

Civil Action No. 13-1711

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CafePress Inc.
was received by me on *(date)* 10/18/2013 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Paul Mathews , who is designated by law to accept service of process on behalf of *(name of organization)* CafePress Inc. c/o Corporation Service Company @2:35pm on *(date)* 10/18/2013 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/18/2013

[signature]
*Server's signature*

Michael Powers-Process Server
*Printed name and title*

Parcels, Inc.
230 N. Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc: